■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PABLO E. FELICIANO, Also Known as J.R., Appellant. [668 NYS2d 951] —Appeal from a judgment of the County Court of Montgomery County (Sise, J.), rendered October 11, 1996, convicting defendant upon his plea of guilty of the crime of criminal possession of a controlled substance in the fifth degree.

Pursuant to a plea bargain agreement, defendant pleaded guilty to possession of a controlled substance in the fifth degree,

waiving his right to appeal. Defendant has nonetheless appealed, contending that his sentence of 1½ to 4½ years' imprisonment was harsh and excessive. Defendant has, however, failed to preserve this issue for our review (*see, People v Wilson*, 209 AD2d 792, *lv denied* 84 NY2d 1040) and it is, in any event, without merit. The sentence was the agreed-upon result of a plea bargain pursuant to which two considerably more serious drug-related charges against defendant were dropped. The sentence imposed by County Court cannot be characterized as an abuse of discretion nor are there any extraordinary circumstances present; therefore, we decline to disturb it (*see, People v Coss*, 217 AD2d 720, *lv denied* 86 NY2d 872; *People v Fuller*, 185 AD2d 446, *lv denied* 80 NY2d 974).

Mikoll, J. P., Mercure, Yesawich Jr., Peters and Carpinello, JJ., concur. Ordered that the judgment is affirmed.